## Case No. 4,168.

DUNLOP et ux. v. PETER et al.

[1 Cranch, C. C. 403.][1]

Circuit Court, District of Columbia. June Term, 1807.

Mr. Mason and F. S. Key, for defendants.

P. B. Key and Mr. Jones, contra.

PER CURIAM. The substance of the affirmative of the issue is with the plaintiffs, the original libellants. They are the party who wish to alter the existing state of things. The defendants can offer no evidence until the sanity of the testator is impeached. The defendants have nothing to do. The plaintiff is the mover, the actor, and on him the

[1] [Reported by Hon. William Cranch, Chief Judge.]

burden of proof lies. It is his business therefore to open and close the argument.

DUCKETT, Circuit Judge, absent.